# SCHEDULE A

**Schedule A Nashville Bar & Stage**

Columns

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Cause of Action** | **Plaintiff** | **Musical Composition** | **Writers** | **Date of Publication or Registration** | **Certificate of Registration Number** | **Date of Known Infringement** |
| 1. | HITCO SOUTH<br><br>JACKIE FROST MUSIC | OVER AND OVER | James D. Hargove<br><br>Cornell Haynes | November 22, 2004 | PA 1-251-401 | October 17, 2024 |
| 2. | PURPLE RABBIT MUSIC | FAST CAR | Tracy L. Chapman | March 1, 1988 | PA 417-827 | October 17, 2024 |
| 3. | LL COOL J MUSIC<br><br>W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP. | HEADSPRUNG | Timothy Z. Mosley<br><br>James T. Smith | June 22, 2004 | PA 1-276-900 | October 17, 2024 |